# Court of Appeals
# of the State of Georgia

ATLANTA,  January 03, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0346.  SAUNDRA MAAS-ROBINSON v. AP 1440 DUTCH VALLEY PLACE, NE, LLC.**

On October 17, 2022, this Court issued to the appellant an order, which stated:

The appellant in the above-styled case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rule 23 (a), regarding the filing of an enumeration of errors and brief within 20 days after the appeal was docketed (or within the time allowed by any order permitting an extension of time). See also Court of Appeals Rule 13.

The appellant is hereby ordered to file an enumeration of errors and a brief in this case no later than October 27, 2022. Failure to comply with this order, absent an extension upon motion for good cause shown, this appeal will be dismissed instanter without further notice, and such failure may also subject the appellant and the appellant's attorney to contempt of this Court. See Court of Appeals Rules 7, 13, and 23 (a).

Notwithstanding the foregoing, as the date of this order, the appellant has not filed a brief.  Consequently, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  01/03/2023

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.